Nicholas Himmelreicher, Appellant, v. Martha Huebener, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ., concurred.

In the Matter of Supplementary Proceedings in Action of Alexander Caplan, Appellant, v. Harry Guion and Benjamin Reed, Respondents. Adolph Benevy, Receiver, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ., concurred.

Louis Levin and Hyman Meyersohn, Plaintiffs, v. James E. Dietz, Specially Appearing, Appellant. Headley M. Greene, Respondent.— The appeal from the order of October 19, 1909, is dismissed, with ten dollars costs and disbursements, upon the ground that such order is not appealable. The motion to amend the order of May 27, 1909, was unnecessary. The condition in the order with regard to the filing of the bond being a condition in favor of respondent could be waived by him. The appellant is estopped from claiming his right to a jury trial, and must proceed with the hearing before the referee. Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ., concurred.

Alexander MacDonald, Respondent, v. Paul Raff and Kensington Realty Company, Appellants.— Final order of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

Salathiel Mastin, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr and Carr, JJ., concurred; Thomas, J., dissented.

Barnet Mintzer, Appellant, v. Mechanics and Traders' Bank, Defendant. Samuel Lieberman, Interpleaded, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, upon the grounds that the court had no power to dismiss the complaint on the merits before defendant rested; that plaintiff made a "*prima facie*" case, and that judgment could not have been rendered for the defendant in the absence of evidence establishing defendant's right to the money. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Margaret Rooney, as Administratrix, etc., of John Rooney, Deceased, Respondent, v. Brogan Construction Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, for error in the charge at folios 311–312. Woodward, Jenks, Burr and Thomas, JJ., concurred; Rich, J., dissented upon the ground that the charge complained of was withdrawn.

Frederick Schenkbar, Appellant, v. William Friedle, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ., concurred.

Subsidiary High Court of the Ancient Order of the Foresters Friendly Society, etc., and Louis Leinpensel, as President of Court Columbus, No. 7890, Respondents, v. Thomas Gray and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ., concurred.